JUL 02 2008

June 26, 2008

United States Clerk
of the Court:

February 24, 2008, case #07-CR-25-S-DLB written to Ms Georgette Lilly, Assistant U.S. Attorney.

March 16, 2008, case #2007R00618 court docket number 07-25 written to Mr. James A. Zerhusen United States Attorney.

Mr. William Davison is requesting copies of all documents or statements that may have appeared or been used without the consent of William Davison.

In reguards to case #2007R00618 court docket number #07-25

Sincerely.
Wm A Davison