William Davison
13274-102
United States Penitentiary
P.O. Box 019001
Atwater, CA. 95301

STOCKTON/STKN
CA 952 4 T
30 JUN 2008 PM

U.S. Clerk of the Court
P.O. Box 3074
Lexington, KY 40588-3074